NOTICE: This form can be filled out by person appearing as surety on bail bond and filed with the Clerk of the U.S. District Court at the Conclusion of case. There is no filing fee required.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

vs.

_Adolphus Cato_

MAGISTRATE'S NO: _____

or

CRIMINAL NO: _14-315-1_

(Print name of Defendant)

## APPLICATION FOR RETURN OF CASH BAIL

Application is hereby made for return of cash security posted by me in the above action.

The defendant has obeyed and performed the conditions of said bond and the Judgment of the Court in this case. Further it appearing that no forfeiture of this bond has been made, it is requested that security posted by me in the amount of $_2,000.00_ be returned to me at the following address:

PRINT NAME: _Tanina Cato_

NUMBER & STREET _17 Meadowood Ln_

CITY & STATE _Sicklerville NJ 08081_ ZIP CODE _08081_

I certify that I have not assigned said security to anyone for any purpose, and am entitled to the return of same. I further certify that all facts contained herein are true and correct, knowing that any false statements I make subject me to penalties of perjury.

SIGNATURE _Tanina Cato_ DATE _6/21/16_

Sworn to and subscribed before

me this _21st_ day

of _June_ 2016

_Joseph M. Hall_

Deputy Clerk or Notary

APPLICATION APPROVED THIS ____ DAY

OF _____ 20 __.

BY THE COURT:

Fin. 1
(12/99)

J.