# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 14-315-01 |
| ADOLPHUS WILLIAM CATO<br>    aka "Bill" | |

## O R D E R

**AND NOW**, this 22nd day of June, 2016, upon consideration of the letter/request of defense counsel, **IT IS RECOMMENDED** that the Bureau of Prisons designate the defendant to an institution as close to his home as possible.

                                            **BY THE COURT:**

                                            /s/ Wendy Beetlestone

                                            _____

                                            **WENDY BEETLESTONE, J.**