# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

District Court Docket Number  14-CR-315-1

vs.

ADOLPHUS WILLIAM CATO

Notice of Appeal Filed  6/27/2016
Court Reporter(s)/ESR Operator(s) ESR

Remark:

---

Filing Fee:

      Notice of Appeal_____ Paid  X Not Paid _____ Seaman
      Docket Fee     _____ Paid  X Not Paid _____USA/VI

---

CJA Appointment  X   (No Filing Fee)

_____Motion Pending

---

Defender Association or Federal Public Defender  _____

---

Leave to Proceed In Forma Pauperis status:

_____Motion Granted
_____Motion Denied
_____Motion pending before district judge

---

Certificate of probable cause (state habeas corpus):

_____Granted
_____Denied
_____Pending

---

Defendant's Address (for criminal appeals)

---

Prepared by:_____/S/ THOMAS GIAMBRONE_
              Thomas Giambrone 6/28/2016
              Deputy Clerk/Signature/Date

## PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
## THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS