# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| v. | NO. 14-315-01 |
| **ADOLPHUS WILLIAM CATO** aka "Bill" | |

## O R D E R

**AND NOW**, this 21st day of July, 2020, upon consideration of Defendant's pro se Motion for Compassionate Release (ECF 646) and the Government's Response thereto (ECF 652), **IT IS ORDERED** that Defendant's motion is **DENIED**.

BY THE COURT:

*/s/ Wendy Beetlestone*

_____
**WENDY BEETLESTONE, J.**